**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DEBRA ANN COULES,

     Plaintiff,                                Case No.:  1:26-cv-03324

v.                                         Judge  Jeffrey I. Cummings

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Amended Schedule A

[11] of the Complaint:

| No. | Defendant |
|-----|-----------|
| 1 | nanxindege |
| 3 | DaFengXinXingJianCai |
| 6 | jiexiushiyuanfengmaoyiyouxiangongsi |
| 7 | CHUNLINSHNAGDIAN |
| 8 | QuJingXuLiaoShangMao |
| 9 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 10 | minjjsin |
| 12 | YunNanZiBin |
| 13 | zhanghhshi |
| 14 | LiQiXia55 |
| 15 | zhongqingenhukejiyouxiangongsi |
| 16 | jiangmenshijunhuiqichefuwu |
| 17 | Jin Heng Shang Mao |
| 18 | 杯架数显 |
| 20 | 系服童扎品 |

1

| 21 | anyangningxinyuanyanglaofuwu |
|----|------------------------------|
| 22 | siyunsu |
| 24 | JJIWE |
| 25 | KaiWeiJianZhuGongChengChang |
| 26 | ddefs |
| 27 | LLIANHH |
| 28 | 户外辉手电品 |
| 29 | 室外顶线科技 |
| 32 | HanXiaoPeng2025 |
| 33 | WangBin75 |
| 34 | shanxihuayuegongmaoyouxiangongsi |
| 35 | HuHeHaoTeShiLuBoYaoShangMaoYouXianZeRenGongS |
| 36 | WANLiber |
| 37 | HengYangXianZhaoWanShangMaoYouXianGong |
| 38 | HuaXianChunLeiZhongZhi |
| 39 | TangYinXianZhongXinQiCheZuLinFuWu |
| 40 | qiuuuh |
| 41 | Jiledo |
| 43 | yfyh |
| 45 | 海冯边玩具 |
| 46 | puyangyingxinjianshegongcheng |
| 47 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 48 | wwensc |
| 49 | HHYUS |
| 50 | 厨餐宇餐具店 |

This terminates the action.

DATED: July 10, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 │ IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752

2

E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 10, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt

4