Exhibit 1

Case: 1:26-cv-03324 Document #: 17-1 Filed: 07/10/26 Page 1 of 21 PageID #:155

**002 SuLianShangMao126**

# Order Summary

Order placed November 6, 2025 | Order # 114-4069032-0832204

**Ship to**

████████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in ████

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $5.98 |
| Shipping & Handling: | $2.00 |
| Total before tax: | $7.98 |
| Estimated tax to be collected: | $0.61 |
| **Grand Total:** | **$8.59** |

**Arriving November 19 - December 1**



TDDGVHM Shabby Chic Romantic Rose Print Vintage Flower Signs Wall Decor - Rustic Country Farmhouse Bathroomfor Home Bedroom 8x6 Inch.
Sold by: SuLianShangMao126
Supplied by: Other
$5.98

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔✖
© 1996-2025, Amazon.com, Inc. or its affiliates

**004 huxinxin Store**

# Order Summary

Order placed November 6, 2025  |  Order # 114-6930527-6000247

**Ship to**

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $13.55 |
| Shipping & Handling: | $4.99 |
| Total before tax: | $18.54 |
| Estimated tax to be collected: | $1.39 |
| **Grand Total:** | **$19.93** |

**Arriving November 20 - December 1**



Romantic Rose Print – Shabby Chic Floral Art, Metal Tin Sign, 8x12 Inch, for Bedroom, Bathroom, or Cottage Home Decor
Sold by: huxinxin Store
Supplied by: Other
$13.55

amazon

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**005 LiBenHong74**

# Order Summary

Order placed November 6, 2025   |   Order # 114-8476681-5803431

**Ship to**



15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa  ending in

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $8.99 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$9.91** |

---

**Arriving November 10 - November 12**

Shabby Chic Romantic Rose Print Vintage Flower Metal Tin Signs Wall Decor - Rustic Country Farmhouse Bathroom Metal Signs for Home Bedroom 8x12 Inch
Sold by: LiBenHong74
Supplied by: Other
$8.99

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**011** 济南华春茂服装商贸有限公司

# Order Summary

Order placed November 6, 2025  |  Order # 114-8727541-5608263

**Ship to**


15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa  ending in

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $1.68 |
| Total before tax: | $10.67 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$11.59** |

**Arriving November 19 - December 1**

Shabby Chic Romantic Rose Print Vintage Flower Metal Tin Signs Wall Decor - Rustic Country Farmhouse Bathroom Metal Signs for Home Bedroom 8x12Inch
Sold by: 济南华春茂服装商贸有限公司
Supplied by: Other
$8.99

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔️✖️
© 1996-2025, Amazon.com, Inc. or its affiliates

**019 xiaoweiss**

Case: 1:26-cv-03324 Document #: 17-1 Filed: 07/10/26 Page 11 of 21 PageID #:165

# Order Summary

Order placed November 6, 2025　|　Order # 114-3940100-1702669

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮ | Visa ending in ▮▮▮ | Item(s) Subtotal: | $6.99 |
| 15TH FLOOR 1111 W 35TH ST | [View related transactions] | Shipping & Handling: | $6.59 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $13.58 |
| United States | | Estimated tax to be collected: | $0.72 |
| | | **Grand Total:** | **$14.30** |

**Arriving November 20**



8 x 12 in Metal Tin Sign - Shabby Chic Romantic Rose Print Vintage Flower Metal Tin Signs Vintage Wall Decor Rustic Country Farmhouse Bathroom Metal Signs Chic Wall Decor For Home Bathroom

Sold by: xiaoweiss

Supplied by: Other

$6.99

amazon

Conditions of Use　　Privacy Notice　　Consumer Health Data Privacy Disclosure　　Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**023 YYSGG**

# Order Summary

Order placed November 6, 2025  |  Order # 114-2197552-0981040

**Ship to**

████████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in ████

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $13.99 |
| Shipping & Handling: | $4.98 |
| Total before tax: | $18.97 |
| Estimated tax to be collected: | $1.43 |
| **Grand Total:** | **$20.40** |

**Arriving November 18 - November 24**



Metal Sign Romantic Rose Tin Sign Vintage Decoration Home Bedroom Bar Cafe Club Cave Wall Decor Retro Sign 12 X 16 Inch
Sold by: YYSGG
Supplied by: Other
$13.99

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  ✔✕
© 1996-2025, Amazon.com, Inc. or its affiliates

**030 HuLianXinXiKeJi**

# Order Summary

Order placed November 6, 2025 | Order # 114-8807685-3308230

**Ship to**

████████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in ████

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $4.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$14.90** |

**Arriving November 17**



Shabby Chic Rose Flower Wall Decor - French Country Cottage Vintage Tin Sign, 8 x
12 inch - for Rustic Country, Bathroom - Gifts for Women
Sold by: HuLianXinXiKeJi
Supplied by: Other
$8.99

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✅❌
© 1996-2025, Amazon.com, Inc. or its affiliates

**031 XIUBLANKET**

# Order Summary

Order placed November 6, 2025   |   Order # 114-9005425-1357046

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
|  15TH FLOOR 1111 W 35TH ST CHICAGO, IL 60609-1404 United States | Visa   ending in ▓  [View related transactions] | Item(s) Subtotal: | $9.99 |
| | | Shipping & Handling: | $4.16 |
| | | Total before tax: | $14.15 |
| | | Estimated tax to be collected: | $1.02 |
| | | **Grand Total:** | **$15.17** |

**Arriving November 17**

La Vie En Rose Metal Tin Sign Vintage Metal Poster Indoor/Outdoor Wall Decor Ideal Gift 8x12 Inch
Sold by: XIUBLANKET
Supplied by: Other
$9.99

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✓✕
© 1996-2025, Amazon.com, Inc. or its affiliates

**042 baoooll**

Case: 1:26-cv-03324 Document #: 17-1 Filed: 07/10/26 Page 19 of 21 PageID #:173



# Order Summary

Order placed November 6, 2025 | Order # 114-2946114-1399402

**Ship to**



15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in ████

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $15.48 |
| Shipping & Handling: | $6.00 |
| Total before tax: | $21.48 |
| Estimated tax to be collected: | $1.59 |
| **Grand Total:** | **$23.07** |

---

**Arriving November 19 - December 1**

Watercolor Rose Floral Velvet Durable Welcome Mats Outdoor Non-Slip for Home Entrance Shoe Scraper Entrance Mat 20x32Inch
Sold by: baoooll
Supplied by: Other
$15.48

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✗
© 1996-2025, Amazon.com, Inc. or its affiliates

**044** 范书柜收纳

Case: 1:26-cv-03324 Document #: 17-1 Filed: 07/10/26 Page 21 of 21 PageID #:175

# Order Summary

Order placed November 6, 2025    |    Order # 114-4065653-1011403

**Ship to**

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa  ending in

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.99 |
| Shipping & Handling: | $6.98 |
| Total before tax: | $18.97 |
| Estimated tax to be collected: | $1.23 |
| **Grand Total:** | **$20.20** |

## Arriving November 19 - December 2



**Watercolor Shabby Chic Rose Floral Velvet Bath Rugs Non Slip and Absorbent Foam Bathroom Rug Mat Welcome Mats Front Door Floor Mats Bedroom Decor Gift for Women Men 16x24 Inch**
Sold by: 范书柜收纳
Supplied by: Other
$11.99

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates