**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DEBRA ANN COULES,

     Plaintiff,                                                      Case No.: 1:26-cv-03324

v.                                                                        Judge Jeffrey I. Cummings

THE PARTNERSHIPS AND UNINCORPORATED          Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**<u>DECLARATION OF DEBRA ANN COULES</u>**

I, DEBRA ANN COULES, declare and state as follows:

1.     This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.     I am the artist that creates the Debra Coules Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.     I am an artist. I began drawing at a very young age and have not stopped creating art. I have developed a romantic style stemming from my love for using a soft pallet, painting animals, floral, and other subjects. I have been published in many magazines and books. I typically work in acrylic and watercolors, but I always look forward to a new challenge and new media. I sell products featuring my work on several websites and license my work as well.

4.     I am the official source of products associated with the Debra Coules Works (the "Debra Coules Products"):

1



https://www.etsy.com/shop/DebiCoulesArt

5. I am the owner of the copyright registrations for the Debra Ann Coules copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-431-409; VA 2-446-143; VA 2-431-513; VA 2-431-760; VA 2-431-519; VA 2-431-756; VA 2-455-112; and VA 2-456-072 (the "Debra Coules Works"). True and correct copies of the copyright registrations for the Debra Coules Works are attached hereto as **Exhibit 1**.

6. I control the quality of all materials and content that feature the distinctive Debra Coules Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Debra Coules Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8.      The success of the Debra Coules Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in First Amended Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Debra Coules Works to consumers in this judicial district and throughout the United States.

9.      I am aware of investigations related to internet-based infringement of the Debra Coules Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Debra Coules Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Debra Coules Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

10.     Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11.     My goodwill and reputation are irreparably damaged when the Debra Coules Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Debra Ann Coules copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Debra Coules Works and derivative works.

12.     I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Debra Coules Works are meant to be exclusive rights.

13.     The marketing and distribution of the Debra Coules Works and derivative works are aimed at growing and sustaining sales. When infringers use the Debra Coules Works without authorization, the exclusivity associated with the Debra Coules Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14.     Uncontrolled profiteering and pirating of the Debra Coules Works create the impression that the copyright rights associated with the Debra Coules Works may be infringed with impunity. The Debra Coules Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Debra Coules Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Debra Coules Works cannot be compensated for financially since it erodes my ability to monetize the Debra Coules Works.

15.     I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2026.

_Debra Ann Coules_
_____
Debra Ann Coules