Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-431-409

**Effective Date of Registration:**
January 13, 2025
**Registration Decision Date:**
February 05, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | "La Vie En Rose" |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | December 02, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Debra Ann Coules |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Debra Ann Coules |
| | 6974 Lovington Way, Melbourne, FL, 32940-06684, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Debra Ann Coules |
| **Email:** | debicoules@att.net |
| **Address:** | 6974 Lovington Way |
| | Melbourne, FL 32940-06684 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 13, 2025 |
| **Applicant's Tracking Number:** | DC2025011303 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-446-143

**Effective Date of Registration:**
February 07, 2025
**Registration Decision Date:**
May 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Mother's Roses |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | February 03, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Debra Ann Coules |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Debra Ann Coules |
| | 6974 Lovington Way, Melbourne, FL, 32940-06684, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Debra Ann Coules |
| **Email:** | debicoules@att.net |
| **Address:** | 6974 Lovington Way |
| | Melbourne, FL 32940-06684 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | February 07, 2025 |
| **Applicant's Tracking Number:** | DC2025020706 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-431-513

**Effective Date of Registration:**
January 13, 2025
**Registration Decision Date:**
February 05, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | "Life Is Beautiful"; Live, Love, Laugh |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 14, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Debra Ann Coules |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Debra Ann Coules |
| | 6974 Lovington Way, Melbourne, FL, 32940-06684, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Debra Ann Coules |
| **Email:** | debicoules@att.net |
| **Address:** | 6974 Lovington Way |
| | Melbourne, FL 32940-06684 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 13, 2025 |
| **Applicant's Tracking Number:** | DC2025011304 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-431-760

**Effective Date of Registration:**
January 13, 2025
**Registration Decision Date:**
February 06, 2025

---

## Title

**Title of Work:** "My Angel"

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 05, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Debra Ann Coules
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Debra Ann Coules
6974 Lovington Way, Melbourne, FL, 32940-06684, United States

## Rights and Permissions

**Name:** Debra Ann Coules
**Email:** debicoules@att.net
**Address:** 6974 Lovington Way
Melbourne, FL 32940-06684 United States

## Certification

**Name:** David Denholm
**Date:** January 13, 2025
**Applicant's Tracking Number:** DC2025011305

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-431-519

**Effective Date of Registration:**
January 13, 2025
**Registration Decision Date:**
February 05, 2025

---

## Title

**Title of Work:**   "HYDRANGEAS 50 CENTS"

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 02, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Debra Ann Coules
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Debra Ann Coules
6974 Lovington Way, Melbourne, FL, 32940-06684, United States

## Rights and Permissions

**Name:** Debra Ann Coules
**Email:** debicoules@att.net
**Address:** 6974 Lovington Way
Melbourne, FL 32940-06684 United States

## Certification

**Name:** David Denholm
**Date:** January 13, 2025
**Applicant's Tracking Number:** DC2025011302



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-431-756

**Effective Date of Registration:**
January 13, 2025
**Registration Decision Date:**
February 06, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Faith |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | April 05, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Debra Ann Coules |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Debra Ann Coules |
| | 6974 Lovington Way, Melbourne, FL, 32940-06684, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Debra Ann Coules |
| **Email:** | debicoules@att.net |
| **Address:** | 6974 Lovington Way |
| | Melbourne, FL 32940-06684 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 13, 2025 |
| **Applicant's Tracking Number:** | DC2025011301 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-112

**Effective Date of Registration:**
July 14, 2025
**Registration Decision Date:**
July 31, 2025

## Title

| | |
|---|---|
| **Title of Work:** | True Spirit |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | April 26, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Debra Ann Coules |
| **Pseudonym:** | Debi Coules |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Debra Ann Coules |
| | 1602 Keys Gate Drive, Melbourne, FL, 32940-06684, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Debra Ann Coules |
| **Email:** | debicoules@att.net |
| **Address:** | 1602 Keys Gate Drive |
| | Melbourne, FL 32940-06684 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

**Date:** July 14, 2025
**Applicant's Tracking Number:** DC2025071402



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-072

**Effective Date of Registration:**
July 31, 2025
**Registration Decision Date:**
August 05, 2025

## Title
—————————————————————————

| | |
|---|---|
| **Title of Work:** | Bluebird and Roses |

## Completion/Publication
—————————————————————————

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | October 10, 2012 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author
—————————————————————————

| | |
|---|---|
| **Author:** | Debra Ann Coules |
| **Pseudonym:** | Debi Coules |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant
—————————————————————————

| | |
|---|---|
| **Copyright Claimant:** | Debra Ann Coules |
| | 1602 Keys Gate Drive, Melbourne, FL, 32940-06684, United States |

## Rights and Permissions
—————————————————————————

| | |
|---|---|
| **Name:** | Debra Ann Coules |
| **Email:** | debicoules@att.net |
| **Address:** | 1602 Keys Gate Drive |
| | Melbourne, FL 32940-06684 United States |

## Certification
—————————————————————————

| | |
|---|---|
| **Name:** | David Denholm |

**Date**: July 31, 2025
**Applicant's Tracking Number**: DC2025073101

